THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BASILE, Appellant, against THOMAS MCDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Bergan, JJ.